FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY COLLIER, | NO. ED CV 07-1116-CBM(E) |
| Petitioner, | |
| v. | JUDGMENT |
| DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 3/24, 2008.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE